CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 30, 2023
Lucy H. Carrillo, Clerk of Court

Michael Albanese
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 23-01689 WRP |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT OF |
| vs. | ) | CRIMINAL COMPLAINT |
| | ) | |
| BRYSON COUCH | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CRIMINAL COMPLAINT</u>

I, the undersigned complainant, being duly sworn, state the following is true

and correct to the best of my knowledge and belief.

<u>Possession with Intent to Distribute Methamphetamine, Cocaine, and Heroin</u>
(21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B))

On or about November 29, 2023, within the District of Hawaii, BRYSON COUCH, the defendant, did knowingly and intentionally possess with intent to distribute (i) 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, (ii) 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, and (iii) 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), 841(b)(1)(A), and 841(b)(1)(B).

//

//

//

//

//

//

//

//

//

I further state that I am a Special Agent with Homeland Security Investigations (HSI) and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

DATED:  November 29, 2023, at Honolulu, Hawaii.

_____
JOSEPH ABREW
SPECIAL AGENT
Homeland Security Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this day of _30_ November, 2023, at Honolulu, Hawaii.

_____
Wes Reber Porter
United States Magistrate Judge

3

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Joseph Abrew, after being duly sworn, depose and state as follows:

1.      I am currently employed as a Special Agent of U.S.
Immigration and Customs Enforcement, Homeland Security Investigations
(hereinafter "HSI") and have been since March 2008.  As part of my
employment with HSI, I attended approximately five and a half months of
comprehensive law enforcement and investigative training at the Federal
Law Enforcement Training Center (hereinafter "FLETC").  The training
successfully completed at the FLETC included, but was not limited to,
general investigative techniques, criminal law, immigration law, handling of
evidence, narcotics detection and identification, trends in smuggling of
contraband, among other topics.  Part of the comprehensive training I
received pertained to federal law as it relates to currency reporting and
money laundering.

2.      Additionally, I was a Special Agent with the Washington State
Gambling Commission ("WSGC") from 2001 to 2008.  As a WSGC Special
Agent, I was assigned to the Washington State Northwest Field Office in
Everett, Washington and investigated violations of Washington State
Gambling Laws.  As part of my employment with the WSGC, I received
approximately six months of comprehensive training in general matters

pertaining to law enforcement in the State of Washington.

3.     As a HSI Special Agent, my duties and responsibilities include but are not limited to the investigation of possible criminal violations of narcotics trafficking (Title 21, United States Code, Section 841 et. seq.), the Money Laundering Control Act (Title 18, United States Code, Section 1956 et. seq.), and the Bank Secrecy Act (Title 31, United States Code Section 5324 et. seq.).  I have participated in all aspects of narcotics investigations including surveillance, execution of search warrants, and arrests of numerous narcotics traffickers.

4.     I have been involved in the investigation of the matters presented herein.  Because of my personal participation in this investigation, conversations with other HSI agents, Honolulu Police Department Officers, reviews of criminal indices, and checks of commercial databases, I am familiar with the facts and circumstances of this investigation.  My training and experience as an HSI Special Agent, including my personal participation in this investigation, form the basis of the opinions and conclusions set forth below.  The information contained in this affidavit does not purport to reveal all of HSI's investigation into this matter.

5.     The United States, including HSI, is conducting a criminal investigation into Bryson COUCH (hereinafter "COUCH") regarding

possible violations of Title 21, United States Code, Sections 841(a)(1) and 846.

6.     On November 2, 2023, COUCH met with an HSI Undercover Agent (hereinafter referred to as "UCA1") at the Cheesecake Factory in Kapolei, Hawaii. During the undercover meeting between UCA1 and COUCH, COUCH agreed to purchase methamphetamine, cocaine, and heroin from UCA1.

7.     On November 28, 2023, COUCH and UCA1 made an agreement for UCA1 to sell 100 pounds of methamphetamine, two kilograms of cocaine, and one kilogram of heroin to COUCH for approximately $134,000 United States Currency.  COUCH agreed to meet with the UCA on November 29, 2023 to complete the transaction.

8.     On November 29, 2023, UCA1 and a second HSI Undercover Agent (hereinafter referred to as "UCA2") met with COUCH and another male individual at the Kahala Resort in Honolulu, Hawaii. Prior to the meeting, investigators observed COUCH, UCA1, and the male individual walking towards the lobby area of the Kahala Resort. While the individuals were waking towards the lobby area of the Kahala Resort, investigators observed COUCH carrying a white colored bag. A short time later, COUCH, UCA1, and the male individual met in room 522. UCA2 was waiting in

3

room 522 with three suitcases collectively containing approximately 100 pounds of methamphetamine, two kilograms of cocaine, and one kilogram of heroin.

9.     According to UCA1, during the undercover meeting, COUCH gave UCA1 $134,000 U.S. Currency in exchange for approximately 100 pounds of methamphetamine, two kilograms of cocaine, and one kilogram of heroin.  All of the above-stated controlled substances were genuine controlled substances that came from prior law enforcement drug seizures. According to UCA1, the $134,000 US Currency was inside the white colored bag carried by COUCH.  A short time later, COUCH and the male exited room 522 with the three suitcases collectively containing 100 pounds of methamphetamine, two kilograms of cocaine, and one kilogram of heroin. After exiting room 522, COUCH and the male were arrested by the Honolulu Police Department.

//

//

//

//

//

//

4

10.    Based on the foregoing, I respectfully submit that probable

cause exists to believe that BRYSON COUCH committed the

aforementioned offenses.

DATED:  November 29, 2023, at Honolulu, Hawaii.

Respectfully submitted,

JOSEPH ABREW
Special Agent
Homeland Security Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were
presented to, approved by, and probable cause to believe that the defendant
above-named committed the charged crime found to exist by the
undersigned Judicial Officer at  9:26 a.  .m. on November  30, 2023.

Sworn to under oath before me telephonically, and attestation acknowledged
pursuant to Fed. R. Crim. P. 4.1(b)(2), this  30  day of November 2023.

Wes Reber Porter
United States Magistrate Judge